1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BOBBY LEFTY JUAREZ
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      ) NO. Mag. 12-0207-EFB
                                  )
11              Plaintiff,        ) STIPULATION TO EXTEND DATE FOR
                                  ) PRELIMINARY HEARING; ORDER
12      v.                        ) EXTENDING TIME
                                  )
13                                ) DATE: October 11, 2012
                                  ) TIME: 2:00 p.m.
14 BOBBY JUAREZ,                  ) JUDGE: Edmund F. Brennan
                Defendant.        )
15 _____  )

16      IT IS HEREBY STIPULATED by and between the parties hereto through
17 their respective counsel, JASON HITT Assistant United States Attorney,
18 attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal
19 Defender, attorney for Defendant, that the date of, September 11, 2012,
20 for the preliminary hearing shall be vacated and the new date for
21 preliminary hearing shall be October 11, 2012, at 2:00 p.m.
22      The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and
23 (d) that this court should make a finding of good cause for the
24 extension and that in fact good cause is hereby shown.  Defense counsel
25 and the government have not had sufficient time to (1) finalize
26 necessary preparation for indictment, and (2) prepare for the
27 preliminary hearing, and (3) finalize negotiations with the defendant
28 and defense counsel about potential settlement of the case.  The

parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

All parties request the date of October 11, 2012, for the preliminary hearing in this case. The request for extending the date for preliminary hearing is at the specific request of the defendant and with the knowing and voluntary waiver of his Speedy Preliminary Hearing rights under the law. Good cause is thereby shown.

AGREED:

DANIEL J. BRODERICK,
Federal Defender

DATED: September 6, 2012

By /s/ B. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant

BENJAMIN WAGNER
United States Attorney

DATED: September 6, 2012

By /s/ B. Galloway for Jason Hitt
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

\\\\\
\\\\\
\\\\\

O R D E R

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for October 11, 2012, at 2:00 p.m.

DATED: September 7, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

3