THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Bobby Juarez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Bobby Juarez

    Defendant

Case No.: 2:12-MJ-00207-EFB

STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND ORDER EXCLUDING TIME

Date: February 8, 2013
Time: 9:00 a.m.
Judge: Hon. Gregory G. Hollows

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the preliminary hearing currently set for January 11, 2013 at 2:00 p.m. is continued to February 8, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

It is further stipulated that good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d). The parties further stipulate that the ends of justice are served by the Court excluding time from January 11, 2013 to February 8, 2013 so that counsel for the defendant may have reasonable time necessary for preparation, taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(7)(B)(iv). The defendant, defense counsel and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A); Local Code T-4, preparation of counsel.

**IT IS SO STIPULATED.**

DATED: January 11, 2013        By:    /s/ Thomas A. Johnson
                                                        THOMAS A. JOHNSON
                                                        Attorney for Defendant
                                                        Bobby Juarez

DATED: January 11, 2013            BENJAMIN WAGNER
                                                       United States Attorney

                                   By:    /s/ Jason Hitt
                                                        JASON HITT
                                                        Assistant U.S. Attorney

## **ORDER**

    **IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for January 11, 2013 is continued to February 8, 2013. It is further ORDERED that the time under the Speedy Trial Act between today's date and February 8, 2013, is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for preparation of counsel. For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through February 8, 2013

Dated: 01/11/2013

_____
ALLISON CLAIRE
U.S. Magistrate Judge