THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Bobby Juarez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Bobby Juarez<br><br>    Defendant | Case No.: 2:12-MJ-00207-EFB<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND ORDER EXCLUDING TIME<br><br>Date: March 8, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Carolyn K. Delaney |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the preliminary hearing currently set for February 8, 2013 at 2:00 p.m. is continued to March 8, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).

It is further stipulated that good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d). The parties further stipulate that the ends of justice are served by the Court excluding time from February 8, 2013 to March 8, 2013 so that counsel for the defendant may have reasonable time necessary for preparation, taking into account the exercise of due diligence. 18 U.S.C. Section 3161(h)(7)(B)(iv). The defendant, defense counsel and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A); Local Code T-4, preparation of counsel.

**IT IS SO STIPULATED.**

DATED: February 6, 2013                    By:   /s/ Thomas A. Johnson
                                                                                           THOMAS A. JOHNSON
                                                                                          Attorney for Defendant
                                                                                          Bobby Juarez

DATED: February 6, 2013                    BENJAMIN WAGNER
                                           United States Attorney

                                      By:  /s/   Thomas A. Johnson for
                                           JASON HITT
                                           Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for February 8, 2013 is continued to March 8, 2013.  It is further ORDERED that the time under the Speedy Trial Act between today's date and March 8, 2013, is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through March 8, 2013

Dated: February 7, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE